IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez

Date: April 30, 2025
Courtroom Deputy: Heidi L. Guerra
Court Reporter: Mary George
Law Clerk: Taylor Shields

| Civil Action No. **1:22-cv-00907-WJM-SBP** | Counsel: |
|---|---|
| RAMON ROMAN, on his own behalf and on behalf of others similarly situated, | Andrew H. Turner |
| Plaintiff, | |
| v. | |
| MORCONAVA GROUP, LLC, d/b/a SANTIAGO'S MEXICAN RESTAURANT, and CARMEN MORALES, | Derek Charles Blass |
| Defendants. | |

## COURTROOM MINUTES

**FAIRNESS HEARING**

**10:07 a.m.    Court in session.**

Court calls case. Appearances of counsel.

Opening statements by the Court.

Court addresses the Joint Motion for Order to Final Approval of Class Action Settlement [ECF 73], Plaintiff's Unopposed Motion for Attorney Fees and Costs [ECF 74], and Unopposed Motion for Order to Approve Class Representative Enhancement [ECF 75].

Argument given on the proposed settlement agreement.

**ORDERED:**   Plaintiff shall file a Restricted Notice and Motion for Leave by May 2, 2025, re: the individuals who sought exclusion from the class, as stated on the record.

Continued argument given on the proposed settlement agreement.

Argument given on Plaintiff's Unopposed Motion for Attorney Fees and Costs [ECF 74].

**ORDERED:**   Plaintiff's oral Motion for Leave to File a Supplement is GRANTED; Plaintiff shall file a Supplement to the Unopposed Motion for Attorney Fees and Costs [ECF 74] by May 7, 2025, as stated on the record.

**ORDERED:**   Parties shall file a Joint Supplemental Brief on the issue of the application of CAFA notice requirements in this case by May 14, 2025, as stated on the record.

Argument given on Plaintiff's Unopposed Motion for Order to Approve Class Representative Enhancement [ECF 75].

No oral or written objections were submitted to the Court from any member of the Plaintiff class.

**ORDERED:**   The Joint Motion for Order to Final Approval of Class Action Settlement [ECF 73], Plaintiff's Unopposed Motion for Attorney Fees and Costs [ECF 74], and Unopposed Motion for Order to Approve Class Representative Enhancement [ECF 75] are TAKEN UNDER ADVISEMENT.

**11:06 a.m.**   **Court in recess. Hearing concluded.**

Total time in court: 59 minutes